Mintz & Werner
MARSHALL G. MINTZ (BAR NO. 51164)
PAMELA BILLE (BAR NO. 128025)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone    (310) 556-9692
Facsimile     (310) 556-9693

JS-6

Attorneys for Defendant
ALAIN BOUBIL MUSIC, LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RUSTY LEMORANDE,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAMERON MACKINTOSH LIMITED, CAMERON MACKINTOSH, ARCHLIGHT FILMS INTERNATIONAL, PTY LTD. ALAIN BOUBIL MUSIC, LTD. and GARY HAMILTON and DOES 1 – 10,<br><br>            Defendants. | Case No.:  2:08-cv-00939-R-FMO<br><br>**ORDER GRANTING DEFENDANT ALAIN BOUBLIL MUSIC, LTD.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**DATE:  DECEMBER 1, 2008**<br>**TIME:  10:00 A.M.**<br>**PLACE:  COURTROOM 8**<br>       **HON.  MANUEL L. REAL**<br>       **312 N. SPRING STREET**<br>       **LOS ANGELES, CA  90012** |

/ / /

/ / /

/ / /

/ / /

---

**ORDER GRANTING DEFENDANT BOUBLIL'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Alain Boublil Music, Ltd.'s motion to dismiss the First Amended Complaint was heard by the Honorable Manuel L. Real on December 1, 2008, at 10:00 a.m. in Courtroom 8 of the United States District Court, Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012.  Marshall G. Mintz, Esq. appeared on behalf of Defendant Alain Boublil Music, Ltd., Vincent H. Chieffo, Esq. of Greenberg Traurig, LLP appeared on behalf of Defendants Cameron Mackintosh Limited and Sir Cameron Mackintosh, Nancy Gray, Esq. of Gray & Associates appeared on behalf of Defendants Gary Hamilton and Arclight Films International, PTY Limited, and Rusty Lemorande appeared *in propria persona*.  The Court having read and considered the pleadings and moving papers, and the exhibits and admissible and competent evidentiary materials, and having heard and considered the arguments of counsel, and good cause having been shown:

ORDERS, that Defendant's motion is GRANTED and the entire first amended complaint be and hereby is dismissed with prejudice pursuant to Rule 12(b)(1) F. R. Civ. P. for lack of subject matter jurisdiction;

FURTHER ORDERS, that the first cause of action of the first amended complaint be dismissed with prejudice without leave to amend for failure to state a claim upon which relief could be granted against Defendant Alain Boublil Music, Ltd., pursuant to Rule 12(b)(6), F.R. Civ. P.

/ / /

**PROPOSED ORDER GRANTING DEFENDANT BOUBLIL'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

1

IT IS SO ORDERED.

2

3

4

Dated:  _DEC. 2_, 2008                    _____

5

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

6

7

Submitted by:

8

Mintz & Werner

9

10

By:_ Marshall G. Mintz___

11

Marshall G. Mintz
Attorney for Defendants

12

Alain Boublil Music, Ltd.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**PROPOSED ORDER GRANTING DEFENDANT BOUBLIL'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**